**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Ceasar _First Name_ A. _Middle Name_ Lopez _Last Name_ _____ _Suffix (Sr., Jr., II, III)_ | Wendy _First Name_ M. _Middle Name_ Lopez _Last Name_ _____ _Suffix (Sr., Jr., II, III)_ |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | Ceasar _First Name_ Alejandro _Middle Name_ Lopez-Beltran _Last Name_ Ceasar _First Name_ Alejandro _Middle Name_ Lopez _Last Name_ | Wendy _First Name_ Myers _Middle Name_ Lopez _Last Name_ Wendy _First Name_ Joella _Middle Name_ Lopez _Last Name_ |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 5 2 4 OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – 0 3 8 7 OR 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.

**CJ's BBQ**
Business name

**Wendceaz Enterprises**
Business name

_____
Business name

2 0 – 3 1 3 2 0 2 3
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**604 Stoneledge Drive**
Number    Street

_____

**Friendswood**    **TX**    **77546**
City    State    ZIP Code

**Galveston**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**P.O. Box 1303**
Number    Street

_____
P.O. Box

**Friendswood**    **TX**    **77549**
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez** _____    Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____    When _____    Case number _____
                                                    MM / DD / YYYY

District _____    When _____    Case number _____
                                                    MM / DD / YYYY

District _____    When _____    Case number _____
                                                    MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                                    MM / DD / YYYY    if known _____

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                                    MM / DD / YYYY    if known _____

**11.   Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**                                            Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.

☑ Yes.  Name and location of business

**CJ's BBQ**
Name of business, if any

**P.O. Box 1303**
Number     Street

_____

**Friendswood**                    **TX**        **77549**
City                               State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number     Street

_____

_____
City                               State       ZIP Code

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**                                                          Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                           Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No.   I am not filing under Chapter 7. Go to line 18.
- ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Debtor 1 | **Ceasar A. Lopez** | |
|---|---|---|
| Debtor 2 | **Wendy M. Lopez** | Case number (if known) |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Ceasar A. Lopez**
Ceasar A. Lopez, Debtor 1

Executed on **03/18/2022**
MM / DD / YYYY

X **/s/ Wendy M. Lopez**
Wendy M. Lopez, Debtor 2

Executed on **03/18/2022**
MM / DD / YYYY

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez** _____   Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to |
| **If you are not represented by an attorney, you do not need to file this page.** | the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X **/s/ Eloise A. Guzman** _____   Date **03/18/2022** _____
Signature of Attorney for Debtor                                                    MM / DD / YYYY

**Eloise A. Guzman** _____
Printed name

**Guzman Law Firm** _____
Firm Name

**8225 Gulf Freeway** _____
Number          Street

_____

_____

**Houston** _____   **TX**       **77017** _____
City                                                          State        ZIP Code

Contact phone   **(713) 378-9900** _____   Email address **eloise@guzmanbk.com** _____

**08654570** _____   **TX** _____
Bar number                                                   State

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**604 Stoneledge Dr.**
Street address, if available, or other description

_____

**Friendswood          TX     77546**
City                              State   ZIP Code

**Galveston**
County

**604 Stoneledge Dr., Friendswood, TX 77546**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **168711**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$250,000.00

**Current value of the portion you own?**
$250,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

**Legal Description:** ABST 20 PERRY & AUSTIN SUR LOT 12 BLK 20 ANNALEA KINGSPARK SEC B & WHITEHALL SEC B

**2021 CAD market value $278,170**
**Debtor's opinion of value based on recent sales around the area: $250,000**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................➔** | $250,000.00 |

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | | |
| Model: | **Pilot** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2004** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **279,000** | ☐ At least one of the debtors and another | **$1,100.00** | **$1,100.00** |

Other information:
**2004 Honda Pilot (approx. 279,000
miles)**

☒ **Check if this is community property**
(see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Nissan** | ☐ Debtor 1 only | | |
| Model: | **Titan** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2013** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **120,000** | ☐ At least one of the debtors and another | **$17,125.00** | **$0.00** |

Other information:
**2013 Nissan Titan (approx. 120,000
miles)
Legal title held by debtor(s); equitable
interest held by son**

☒ **Check if this is community property**
(see instructions)

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Chevrolet** | ☐ Debtor 1 only | | |
| Model: | **Corvette** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2004** | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **101,660** | ☐ At least one of the debtors and another | **$10,450.00** | **$10,450.00** |

Other information:
**2004 Chevrolet Corvette (approx.
101,660 miles)**

☒ **Check if this is community property**
(see instructions)

| 3.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | | ☐ Debtor 1 only | | |
| Model: | **7'x17' homemade tra** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | | ☒ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | **$1,000.00** | **$1,000.00** |

Other information:
**7'x17' homemade trailer**

☒ **Check if this is community property**
(see instructions)

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                         Case number (if known) _____

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Make: **Club car**
Model: _____
Year: **2004**
Approximate mileage: _____

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

Other information:
**2004 Club car**
**Missing charger; not working**

☑ Check if this is community property
(see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here.........................................➔   **$13,050.00**

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   | **See continuation page(s).** |      **$1,482.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   | **(3) televisions $500**
                            **(2) cell phones $200**
                            **(4) security cameras $20** |      **$720.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   | **(2) bicycles $60**
                            **(2) golf clubs $150**
                            **piano $200**
                            **fishing equipment $100** |      **$510.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....   | **See continuation page(s).** |      **$630.00**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                    Case number (if known) _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....   | **See continuation page(s).** |   **$723.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....   | **See continuation page(s).** |   **$1,145.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.....   | **(4) Dogs** |   **$4.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information.............   |   |   _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.....................................................................** ➔   **$5,214.00**

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................................... Cash: ..........................   **$100.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................   Institution name:

| 17.1. | Checking account: | **Wellby**<br>**Personal Checking account**<br>**Member ID#3462; Acct #1000** | **$287.29** |
| 17.2. | Checking account: | **Wellby Business Checking account** | **$8,103.50** |
| 17.3. | Savings account: | **Wellby**<br>**Personal Savings account**<br>**Member ID #3462; Acct. #0001** | **$0.45** |
| 17.4. | Savings account: | **Wellby Business Savings account** | **$0.45** |

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez** _____   Case number (if known) _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes............................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific
    information about
    them.........................   Name of entity:                                  % of ownership:

    **CJ's BBQ** _____   **100%** _____   **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them.........................   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes.  List each
    account separately.   Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes............................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes............................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
    information about them   _____   _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
    information about them   _____   _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific
    information about them   _____   _____

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**_____   Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Progressive** **vehicle insurance (Corvette and Honda)** | | **$0.00** |
| **Geico** **vehicle insurance (Nissan)** | **Santander Consumer** | **$0.00** |
| **Assurant** **homeowner's insurance** | | **$0.00** |
| **Berkshire Hathaway** **Commercial GL, Umbrella & Worker's Comp insurance** | | **$0.00** |
| **Community Health Choice** **Health insurance** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive because someone has died

☑ No
☐ Yes. Give specific information _____

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez** _____   Case number (if known) _____

33.   **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
      _Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

      ☑ No
      ☐ Yes.  Describe each claim........ [ _____ ]   _____

34.   **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

      ☑ No
      ☐ Yes.  Describe each claim........ [ _____ ]   _____

35.   **Any financial assets you did not already list**

      ☑ No
      ☐ Yes.  Give specific information [ _____ ]   _____

36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................➔   **$8,491.69**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37.   **Do you own or have any legal or equitable interest in any business-related property?**

      ☐ No.  Go to Part 6.
      ☑ Yes.  Go to line 38.

                                                                    **Current value of the portion you own?**
                                                                    Do not deduct secured claims or exemptions.

38.   **Accounts receivable or commissions you already earned**

      ☐ No
      ☑ Yes.  Describe.. [ **Accounts receivables for CJ's BBQ** ]   **$18,000.00**

39.   **Office equipment, furnishings, and supplies**
      _Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
                  desks, chairs, electronic devices

      ☐ No
      ☑ Yes.  Describe.. [ **(2) laptops $600**
                           **printer $10**
                           **desk $100**
                           **(2) chairs $50**
                           **totes $10**
                           **filing cabinets $50** ]   **$820.00**

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

      ☐ No
      ☑ Yes.  Describe.. [ **items in storage:**
                           **cooking equipment $3,085**
                           **serving items, decor, smallware  $1,500**
                           **square POS system $200**
                           **fixtures $175**
                           **equipment (grill, small oven) $500**
                           **pans, pots, decor $300** ]   **$5,760.00**

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**                                        Case number (if known) _____

**41. Inventory**

☑ No
☐ Yes. Describe.. [_____]  _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
       ☐ No
       ☐ Yes. Describe.... [_____]  _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here..................................................................... ➜ | **$24,580.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                              **Current value of the**
                                                              **portion you own?**
                                                              Do not deduct secured
                                                              claims or exemptions.

**47. Farm animals**
     *Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... [_____]  _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
       information............... [_____]  _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... [_____]  _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... [_____]  _____

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**   Case number (if known) _____

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
   information................   [_____]   _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here..........................................................** ➜  | $0.00 |

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.  Do you have other property of any kind you did not already list?**
   *Examples:*  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➜  | $0.00 |

**Part 8:   List the Totals of Each Part of this Form**

**55.  Part 1: Total real estate, line 2...........................................................................** ➜  $250,000.00

**56.  Part 2: Total vehicles, line 5**   $13,050.00

**57.  Part 3: Total personal and household items, line 15**   $5,214.00

**58.  Part 4: Total financial assets, line 36**   $8,491.69

**59.  Part 5: Total business-related property, line 45**   $24,580.00

**60.  Part 6: Total farm- and fishing-related property, line 52**   $0.00

**61.  Part 7: Total other property not listed, line 54**   +   $0.00

**62.  Total personal property.**   Add lines 56 through 61..................   | $51,335.69 |   Copy personal property total  ➜  +   $51,335.69

**63.  Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................   | $301,335.69 |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                                           Case number (if known) _____

6.    Household goods and furnishings (details):

**Living Room/Den**                                                                                          $405.00
**sectional sofa $350**
**coffee table/end table $20**
**bookcase $5**
**entertainment center $20**
**lamps $10**

**Kitchen and Dining Room:**                                                                                 $720.00
**food in pantry and freezer $150**
**stove $50**
**refrigerator $100**
**microwave oven $15**
**small appliances $20**
**pots and pans $50**
**dishes and glassware $20**
**flatware $5**
**China $75**
**Crystal $100**
**table and chairs $60**
**China cabinet $50**
**buffet table $25**

**Bedroom 1:**                                                                                               $92.00
**bed $50**
**dresser $25**
**chest $5**
**night stand $10**
**lamp $2**

**Misc:**                                                                                                    $160.00
**towels $5**
**linens $5**
**washer $50**
**dryer $50**
**freezer $15**
**holiday decor $5**
**cookbooks $20**
**books $10**

**Lawn & Garden:**                                                                                           $105.00
**leaf blower $10**
**garden tools $5**
**patio table and chairs $10**
**ladder $5**
**hand tools $20**
**BBQ pit $25**
**circular saw $5**
**drill $5**
**portable generator $20**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez** _____   Case number (if known) _____

10. <u>Firearms (details):</u>

    **Taurus 9mm $100**
    **Taurus .38 $100**                                                   **$200.00**

    **Remington 7 mm magnum $100**                     **$430.00**
    **20 gauge shotgun  $100**
    **Remington 22 $100**
    **Winchester 30-30 $100**
    **ammunition $30**

11. <u>Clothes (details):</u>

    **Debtor:**                                                       **$463.00**
    **shirts $200**
    **pants $30**
    **shorts $30**
    **shoes $25**
    **coats/sweaters $100**
    **caps $20**
    **belts $5**
    **wallet $3**
    **leather jacket $50**

    **Joint debtor:**                                             **$260.00**
    **dresses $15**
    **blouses $100**
    **pants $30**
    **shoes $15**
    **coats/sweaters $50**
    **purses $10**
    **leather jacket $40**

12. <u>Jewelry (details):</u>

    **Debtor:**                                                       **$320.00**
    **wedding ring $300**
    **watch $20**

    **Joint debtor:**                                             **$825.00**
    **wedding ring $100**
    **engagement ring $100**
    **chain $150**
    **necklace $100**
    **pearls $100**
    **earrings $50**
    **costume jewelry $25**
    **rings $200**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**604 Stoneledge Dr., Friendswood, TX 77546**<br>**Legal Description:ABST 20 PERRY & AUSTIN SUR LOT 12 BLK 20 ANNALEA KINGSPARK SEC B & WHITEHALL SEC B**<br><br>**2021 CAD market value $278,170**<br>**Debtor's opinion of value based on recent sales around the area: $250,000**<br>**Parcel: 168711**<br>Line from *Schedule A/B*: __1.1__ | **$250,000.00** | ☑ **$103,969.42**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | **Ceasar A. Lopez** | |
|---|---|---|
| Debtor 2 | **Wendy M. Lopez** | Case number (if known) _____ |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2004 Honda Pilot (approx. 279,000 miles)**<br>Line from *Schedule A/B*: **3.1** | **$1,100.00** | ☑ **$1,100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2004 Chevrolet Corvette (approx. 101,660 miles)**<br>Line from *Schedule A/B*: **3.3** | **$10,450.00** | ☑ **$1,088.07**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Living Room/Den**<br>**sectional sofa $350**<br>**coffee table/end table $20**<br>**bookcase $5**<br>**entertainment center $20**<br>**lamps $10**<br>Line from *Schedule A/B*: **6** | **$405.00** | ☑ **$405.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Kitchen and Dining Room:**<br>**food in pantry and freezer $150**<br>**stove $50**<br>**refrigerator $100**<br>**microwave oven $15**<br>**small appliances $20**<br>**pots and pans $50**<br>**dishes and glassware $20**<br>**flatware $5**<br>**China $75**<br>**Crystal $100**<br>**table and chairs $60**<br>**China cabinet $50**<br>**buffet table $25**<br>Line from *Schedule A/B*: **6** | **$720.00** | ☑ **$720.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bedroom 1:**<br>**bed $50**<br>**dresser $25**<br>**chest $5**<br>**night stand $10**<br>**lamp $2**<br>Line from *Schedule A/B*: **6** | **$92.00** | ☑ **$92.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Misc:**<br>**towels $5**<br>**linens $5**<br>**washer $50**<br>**dryer $50**<br>**freezer $15**<br>**holiday decor $5**<br>**cookbooks $20**<br>**books $10**<br>Line from *Schedule A/B*: __6__ | **$160.00** | ☑ **$160.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),<br>42.002(a)(1)** |
| Brief description:<br>**Lawn & Garden:**<br>**leaf blower $10**<br>**garden tools $5**<br>**patio table and chairs $10**<br>**ladder $5**<br>**hand tools $20**<br>**BBQ pit $25**<br>**circular saw $5**<br>**drill $5**<br>**portable generator $20**<br>Line from *Schedule A/B*: __6__ | **$105.00** | ☑ **$105.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),<br>42.002(a)(1)** |
| Brief description:<br>**(3) televisions $500**<br>**(2) cell phones $200**<br>**(4) security cameras $20**<br>Line from *Schedule A/B*: __7__ | **$720.00** | ☑ **$720.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),<br>42.002(a)(1)** |
| Brief description:<br>**(2) bicycles $60**<br>**(2) golf clubs $150**<br>**piano $200**<br>**fishing equipment $100**<br>Line from *Schedule A/B*: __9__ | **$510.00** | ☑ **$510.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),<br>42.002(a)(8)** |
| Brief description:<br>**Taurus 9mm $100**<br>**Taurus .38 $100**<br>Line from *Schedule A/B*: __10__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),<br>42.002(a)(7)** |

Debtor 1  **Ceasar A. Lopez**
Debtor 2  **Wendy M. Lopez**

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Debtor:**<br>**shirts $200**<br>**pants $30**<br>**shorts $30**<br>**shoes $25**<br>**coats/sweaters $100**<br>**caps $20**<br>**belts $5**<br>**wallet $3**<br>**leather jacket $50**<br>Line from *Schedule A/B*: **11** | **$463.00** | ☒ **$463.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Joint debtor:**<br>**dresses $15**<br>**blouses $100**<br>**pants $30**<br>**shoes $15**<br>**coats/sweaters $50**<br>**purses $10**<br>**leather jacket $40**<br>Line from *Schedule A/B*: **11** | **$260.00** | ☒ **$260.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Debtor:**<br>**wedding ring $300**<br>**watch $20**<br>Line from *Schedule A/B*: **12** | **$320.00** | ☒ **$320.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Joint debtor:**<br>**wedding ring $100**<br>**engagement ring $100**<br>**chain $150**<br>**necklace $100**<br>**pearls $100**<br>**earrings $50**<br>**costume jewelry $25**<br>**rings $200**<br>Line from *Schedule A/B*: **12** | **$825.00** | ☒ **$825.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**(4) Dogs**<br>Line from *Schedule A/B*: **13** | **$4.00** | ☒ **$4.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Progressive vehicle insurance (Corvette and Honda)** Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Geico vehicle insurance (Nissan)** Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Assurant homeowner's insurance** Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Berkshire Hathaway Commercial GL, Umbrella & Worker's Comp insurance** Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Community Health Choice Health insurance** Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **(2) laptops $600 printer $10 desk $100 (2) chairs $50 totes $10 filing cabinets $50** Line from *Schedule A/B*: __39__ | **$820.00** | ☑ **$820.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **items in storage: cooking equipment $3,085 serving items, decor, smallware  $1,500 square POS system $200 fixtures $175 equipment (grill, small oven) $500 pans, pots, decor $300** Line from *Schedule A/B*: __40__ | **$5,760.00** | ☑ **$5,760.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Ceasar A. Lopez**                                    CASE NO
        **Wendy M. Lopez**
                                                              CHAPTER   **13**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**                          Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real property | $250,000.00 | $146,030.58 | $103,969.42 | $103,969.42 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $13,050.00 | $18,993.49 | $3,688.07 | $2,188.07 | $1,500.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,482.00 | $0.00 | $1,482.00 | $1,482.00 | $0.00 |
| 7. | Electronics | $720.00 | $0.00 | $720.00 | $720.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $510.00 | $0.00 | $510.00 | $510.00 | $0.00 |
| 10. | Firearms | $630.00 | $0.00 | $630.00 | $200.00 | $430.00 |
| 11. | Clothes | $723.00 | $0.00 | $723.00 | $723.00 | $0.00 |
| 12. | Jewelry | $1,145.00 | $0.00 | $1,145.00 | $1,145.00 | $0.00 |
| 13. | Non-farm animals | $4.00 | $0.00 | $4.00 | $4.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 17. | Deposits of money | $8,391.69 | $0.00 | $8,391.69 | $0.00 | $8,391.69 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Ceasar A. Lopez**                                    CASE NO
        **Wendy M. Lopez**
                                                               CHAPTER     **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                              Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $18,000.00 | $0.00 | $18,000.00 | $0.00 | $18,000.00 |
| 39. | Office equipment, furnishings, and supplies | $820.00 | $0.00 | $820.00 | $820.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $5,760.00 | $0.00 | $5,760.00 | $5,760.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$301,335.69** | **$165,024.07** | **$145,943.18** | **$117,521.49** | **$28,421.69** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Ceasar A. Lopez**                                    CASE NO
         **Wendy M. Lopez**

                                                              CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| 7'x17' homemade trailer | $1,000.00 | | $1,000.00 | $1,000.00 |
| 2004 Club car | $500.00 | | $500.00 | $500.00 |
| Remington 7 mm magnum $100 | $430.00 | | $430.00 | $430.00 |
| Cash on hand | $100.00 | | $100.00 | $100.00 |
| Wellby | $287.29 | | $287.29 | $287.29 |
| Wellby | $0.45 | | $0.45 | $0.45 |
| Wellby Business Checking account | $8,103.50 | | $8,103.50 | $8,103.50 |
| Wellby Business Savings account | $0.45 | | $0.45 | $0.45 |
| Accounts receivables for CJ's BBQ | $18,000.00 | | $18,000.00 | $18,000.00 |
| **TOTALS:** | **$28,421.69** | **$0.00** | **$28,421.69** | **$28,421.69** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Ceasar A. Lopez**                                             CASE NO
        **Wendy M. Lopez**
                                                                        CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$301,335.69** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$301,335.69** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$165,024.07** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$165,024.07** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$145,943.18** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$145,943.18** |
| J. Total Exemptions Claimed | **$117,521.49** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$28,421.69** |

**Fill in this information to identify your case:**

Debtor 1        **Ceasar**          **A.**            **Lopez**
                First Name          Middle Name       Last Name

Debtor 2        **Wendy**           **M.**            **Lopez**
(Spouse, if filing)  First Name     Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☑ Yes.  Fill in all of the information below.

**Part 1:     List All Secured Claims**

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**

**Friendswood Tax Office**
Creditor's name
**P.O. Box 31**
Number      Street

**Friendswood       TX    77549**
City              State  ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates**
   **to a community debt**

**Date debt was incurred    2022**

**Describe the property that**
**secures the claim:**

**604 Stoneledge Dr.,**
**Friendswood, TX 77546**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Ad Valorem Taxes**

**Last 4 digits of account number     8  7  1  1**

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | $3,814.82 | $278,170.00 |  |

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| |
|---|
| $3,814.82 |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.2**

**Galveston County Tax Office**
Creditor's name
**P. O. Box 1169**
Number    Street

_____

**Galveston         TX    77553**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **2022**

Describe the property that secures the claim:

**604 Stoneledge Dr., Friendswood, TX 77546**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    **8  7  1  1**

Column A: **$2,536.39**    Column B: **$250,000.00**

---

**2.3**

**Internal Revenue Service**
Creditor's name
**PO Box 7346**
Number    Street

_____

**Philadelphia      PA    19101-7346**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **2009, 2017**

Describe the property that secures the claim:

**604 Stoneledge Dr., Friendswood, TX 77546**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number    ___ ___ ___ ___

Column A: **$48,223.07**    Column B: **$250,000.00**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$50,759.46**

Debtor 1 **Ceasar A. Lopez**
Debtor 2 **Wendy M. Lopez**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**OneMain Financial**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 3251**

_____

**Evansville        IN    47731**
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  **02/2020**

Describe the property that secures the claim:

**2004 Chevrolet Corvette**

**$9,361.93**    **$10,450.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Secured**

Last 4 digits of account number    **9    4    0    9**

**2.5**

**Santander Consumer USA**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 961245**

_____

**Fort Worth        TX    76161**
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  **07/2016**

Describe the property that secures the claim:

**2013 Nissan Titan**

**$9,631.56**    **$17,125.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Automobile**

Last 4 digits of account number    **5    6    5    5**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$18,993.49**

Debtor 1  **Ceasar A. Lopez**
Debtor 2  **Wendy M. Lopez**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Select Portfolio Servicing, Inc**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**PO Box 65250**

_____

**Salt Lake City   UT   84165**
City                State   ZIP Code

Describe the property that secures the claim:

**604 Stonledge Dr.,
Friendswood, TX 77546**

$91,456.30        $250,000.00

**Who owes the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**  __01/2007__

As of the date you file, the claim is:  Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.**  Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Conventional Real Estate Mortgage**

**Last 4 digits of account number**   __0   6   4   3__

Add the dollar value of your entries in Column A on this page. Write that number here:

$91,456.30

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$165,024.07

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$5,025.00** | **$5,025.00** | **$0.00** |

| | |
|---|---|
| **Guzman Law Firm** | Last 4 digits of account number __ __ __ __ |
| Priority Creditor's Name | |
| **8225 Gulf Freeway** | When was the debt incurred? **02/25/2022** |
| Number          Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Houston          TX     77017** | ☐ Disputed |
| City          State     ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |    intoxicated |
| ☐ **Check if this claim is for a community debt** | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Attorney fees for this case** |
| ☑ No | |
| ☐ Yes | |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---------|---------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

| | | $1,500.00 | $1,500.00 | $0.00 |

**Guzman Law Firm - Est. future atty fees**
Priority Creditor's Name

**8225 Gulf Freeway**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

_____

**Houston                        TX      77017**
City                      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other.  Specify
   **Attorney fees for this case**

**2.3**

| | | $30,878.37 | $0.00 | $30,878.37 |

**Internal Revenue Service**
Priority Creditor's Name

**P O Box 7346**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

_____

**Philadelphia                   PA      19101-7346**
City                      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                              Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**                                                                                                          **$235.00**

**Afni, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 3427**

**Bloomington             IL      61702**
City                         State     ZIP Code

**Who incurred the debt?**  Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    0   3   0   6
**When was the debt incurred?**    01/2020

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
**Collection Attorney**

**4.2**                                                                                                          **$99.00**

**AmSher Collection Services**
Nonpriority Creditor's Name
**4524 Southlake Parkway**
Number     Street
**Suite 15**

**Birmingham             AL      35244**
City                         State     ZIP Code

**Who incurred the debt?**  Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    4   6   0   2
**When was the debt incurred?**    09/2021

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
**Collection Attorney**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.3**                                                                                    **$783.07**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. Box 30285**

_____

**Salt Lake City          UT     84130**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3   0   5   5**
**When was the debt incurred?**   **02/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

**4.4**                                                                                    **$278.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. Box 30285**

_____

**Salt Lake City          UT     84130**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **9   8   4   5**
**When was the debt incurred?**   **11/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

**4.5**                                                                                    **$1,191.00**

**Citibank North America**
Nonpriority Creditor's Name
**Citibank SD MC 425**
Number     Street
**5800 South Corp Place**

_____

**Sioux Falls          SD     57108**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **9   8   4   7**
**When was the debt incurred?**   **02/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**
                                                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**
                                                                            **$583.00**

**Citibank North America**
Nonpriority Creditor's Name
**Citibank SD MC 425**
Number    Street
**5800 South Corp Place**

**Sioux Falls**            **SD**    **57108**
City                      State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **8**  **2**  **5**  **7**
When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
     **Credit Card**

**4.7**
                                                                            **$549.00**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number    Street
**PO Box 790034**

**St Louis**              **MO**    **63179**
City                      State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **3**  **0**  **8**  **6**
When was the debt incurred?    **08/24/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
     **Charge Account**

**4.8**
                                                                            **$310.00**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number    Street
**PO Box 790034**

**St Louis**              **MO**    **63179**
City                      State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **2**  **6**  **3**  **8**
When was the debt incurred?    **09/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
     **Charge Account**

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                                                    **$1,403.00**

**Comenity Bank/Palais Royal**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 182125**

**Columbus**            **OH**    **43218**
City                    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **6   5   3   9**
When was the debt incurred?   **06/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Charge Account**

---

**4.10**                                                                                                   **$1,890.00**

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number     Street
**PO Box 98873**

**Las Vegas**           **NV**    **89193**
City                    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **6   2   8   3**
When was the debt incurred?   **01/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

---

**4.11**                                                                                                   **$1,739.00**

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number     Street
**PO Box 98873**

**Las Vegas**           **NV**    **89193**
City                    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **4   6   8   7**
When was the debt incurred?   **12/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                           Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                    **Total claim**

**4.12**                                                                                                                    **($1.00)**

**Credit One Bank**                         Last 4 digits of account number    **5    7    3    3**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**             When was the debt incurred?    **01/14/2015**

Number      Street                          **As of the date you file, the claim is:** Check all that apply.
**PO Box 98873**
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Las Vegas**              **NV**    **89193**
City                       State    ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                                **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.13**                                                                                                                    **$1,179.00**

**Cws/cw Nexus**                            Last 4 digits of account number    **1    1    5    9**
Nonpriority Creditor's Name
**Attn: Card Services**                     When was the debt incurred?    **09/2019**

Number      Street                          **As of the date you file, the claim is:** Check all that apply.
**PO Box 9201**
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Old Bethpage**           **NY**    **11804**
City                       State    ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                                **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.14**                                                                                                                    **$1,721.00**

**Dell Financial Services**                 Last 4 digits of account number    **0    6    2    6**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                        When was the debt incurred?    **07/2019**

Number      Street                          **As of the date you file, the claim is:** Check all that apply.
**P.O. Box 81577**
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Austin**                 **TX**    **78708**
City                       State    ZIP Code    **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                                **Charge Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

### 4.15

**$1,639.00**

**Dillard?s Card Services/Wells Fargo Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number      Street

**PO Box 10347**

**Des Moines**              **IA      50306**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4   6   7   6**

**When was the debt incurred?**   **07/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Charge Account**

---

### 4.16

**$2,083.00**

**Discover Financial**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number      Street

**PO Box 3025**

**New Albany**              **OH      43054**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   0   6   6**

**When was the debt incurred?**   **08/1986**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

### 4.17

**$451.00**

**Genesis Bankcard Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number      Street

**PO Box 4477**

**Beaverton**              **OR      97076**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   4   0   5**

**When was the debt incurred?**   **11/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.18**                                                                                    **$774.24**

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn: Credit Administrator**
Number    Street
**PO Box 3043**

**Milwaukee**          **WI**    **53201**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   9   5   4**
**When was the debt incurred?**   **12/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Account**

**4.19**                                                                                    **$467.57**

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn: Credit Administrator**
Number    Street
**PO Box 3043**

**Milwaukee**          **WI**    **53201**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   3   1   9**
**When was the debt incurred?**   **10/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Account**

**4.20**                                                                                    **$17,821.00**

**MOHELA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**633 Spirit Drive**

**Chesterfield**          **MO**    **63005**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   0   0   3**
**When was the debt incurred?**   **08/21/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Educational**

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**
                                                            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.21 | | $16,079.00 |

**MOHELA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**633 Spirit Drive**

**Chesterfield          MO      63005**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0  0  0  1**
**When was the debt incurred?**    09/14/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Educational**

| 4.22 | | $14,181.00 |

**MOHELA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**633 Spirit Drive**

**Chesterfield          MO      63005**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0  0  0  4**
**When was the debt incurred?**    10/20/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Educational**

| 4.23 | | $9,810.00 |

**MOHELA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**633 Spirit Drive**

**Chesterfield          MO      63005**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0  0  0  2**
**When was the debt incurred?**    09/12/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Educational**

| Debtor 1 | **Ceasar A. Lopez** |
|---|---|
| Debtor 2 | **Wendy M. Lopez** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

$2,228.00

**Pro Collect, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**12170 N Abrams Road, Ste 100**

**Dallas**                    **TX**      **75243**
City                        State    ZIP Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **3   3   8   5**
When was the debt incurred?   **10/2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Collection Attorney**

**4.25**

$119.00

**Southwest Recovery Service**
Nonpriority Creditor's Name
**17311 Dallas Parkway**
Number     Street
**Suite 235**

**Dallax**                    **TX**      **75248**
City                        State    ZIP Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **7   9   9   8**
When was the debt incurred?   **11/2021**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Collection Attorney**

**4.26**

$61.00

**Syncb/Rooms To Go**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965060**

**Orlando**                    **FL**      **32896**
City                        State    ZIP Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **5   0   2   4**
When was the debt incurred?   **11/2020**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Charge Account**

Debtor 1     **Ceasar A. Lopez**
Debtor 2     **Wendy M. Lopez**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                          **Total claim**

**4.27**                                                                                  **$1,449.00**

**Syncb/walmart**
Nonpriority Creditor's Name
**PO Box 60519**
Number     Street

**City of Industry          CA     91716**
City                       State   ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7   4   3   5**
When was the debt incurred?    **02/2016**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

**4.28**                                                                                  **$406.00**

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number     Street
**PO Box 965060**

**Orlando              FL     32896**
City                   State   ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   6   0   9**
When was the debt incurred?    **05/2017**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

**4.29**                                                                                  **$419.99**

**Synchrony Bank/JCPenney**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965060**

**Orlando              FL     32896**
City                   State   ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   6   7   7**
When was the debt incurred?    **06/2021**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

Debtor 1  **Ceasar A. Lopez**

Debtor 2  **Wendy M. Lopez**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.30 | | $242.00 |
|---|---|---|

**Synchrony Bank/QVC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**
_____

**Orlando**            **FL**    **32896**
City                State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **7**  **2**  **5**  **0**

When was the debt incurred?   **12/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

| 4.31 | | $546.00 |
|---|---|---|

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn: Bnakruptcy**
Number      Street
**PO Box 965060**
_____

**Orlando**            **FL**    **32596**
City                State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **7**  **5**  **9**  **1**

When was the debt incurred?   **03/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Charge Account**

| 4.32 | | $331.00 |
|---|---|---|

**Uplift, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**801 El Camino Real**
_____

**Menlo Park**         **CA**    **94025**
City                State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **5**  **7**  **3**  **4**

When was the debt incurred?   **08/2021**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.33**

| | $1,043.00 |

**US Bank/RMS**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 5229**

_____

**Cincinnati          OH     45201**
City                          State      ZIP Code

**Who incurred the debt?**     Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     4   9   7   1

**When was the debt incurred?**     09/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|------------------------------------------------------------------|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Texas Comptroller of Public Accounts**
Name
**P.O. Box 12548**
Number        Street
_____

**Austin**                **TX**    **78711-2548**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Taxes**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                              Case number (if known) _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $30,878.37 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $6,525.00 |
|  | 6e. | **Total.**   Add lines 6a through 6d. | 6d. $37,403.37 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $82,109.87 |
|  | 6j. | **Total.**   Add lines 6f through 6i. | 6j. $82,109.87 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

   | 2.1 | **Challenger Storage** | **storage unit** |
   |---|---|---|
   | | Name | **Contract to be ASSUMED** |
   | | **1730 FM-528** | |
   | | Number    Street | |
   | | _____ | |
   | | **Webster**          **TX**    **77598** | |
   | | City          State    ZIP Code | |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

---

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Wendy M. Lopez**
      Name of your spouse, former spouse, or legal equivalent
      **604 Stoneledge Drive**
      Number        Street

      _____

      **Friendswood**          **TX**      **77546**
      City                              State      ZIP Code

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

                                                                Check all schedules that apply:

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:     Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Owner (Self-Employed)** | **Owner (Self-Employed)** |
| **Employer's name** | **CJ's BBQ** | **CJ's BBQ** |
| **Employer's address** | **P.O. Box 1303**<br>Number  Street | **P.O. Box 1303**<br>Number  Street |
| | **Friendswood**   **TX**   **77549**<br>City   State   Zip Code | **Friendswood**   **TX**   **77549**<br>City   State   Zip Code |
| **How long employed there?** | **Since 4/2005** | **Since 4/2005** |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | **$0.00** |
| **4.** | **Calculate gross income.**  Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. ➔ | 4. | $0.00 | $0.00 |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $6,528.48 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: **Son's payment for Nissan Titan** | 8h. + | $684.16 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $7,212.64 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $7,212.64 + | $0.00 = $7,212.64 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                                                 11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. $7,212.64

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.   None.

☐ Yes. Explain:

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                                Case number (if known) _____

8a.  Attached Statement (Debtor 1)

## CJ's BBQ

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                  **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                              **$27,621.75**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$1,733.18** |
| 4. Payroll Taxes: | **$408.75** |
| 5. Unemployment Taxes: | **$105.76** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$8,100.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$308.66** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$246.76** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |

20. Payments to be Made Directly by Debtor to Secured Creditors for
    Pre-Petition Business Debts (Specify):                              **None**

21. Other (Specify):

| | |
|---|---|
| **Sales tax** | **$1,903.79** |
| **Shortage** | **$25.04** |
| **Commissions** | **$7,760.54** |
| **Cell phone/internet** | **$176.13** |
| **State sales tax** | **$25.18** |
| **PO Box** | **$16.33** |
| **Uniform** | **$51.46** |
| **Signage Print** | **$57.99** |
| **Equipment purchases** | **$42.03** |
| **Storage** | **$131.67** |

22. Total Monthly Expenses (Add items 3 - 21):                      **$21,093.27**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):      **$6,528.48**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

☑ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**      ☑ No

Do not list Debtor 1 and    ☐ Yes. Fill out this information
Debtor 2.                                       for each dependent.................

Do not state the dependents'
names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**      4.  _____
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.  Real estate taxes      **(Ad Valorem Tax)**  4a.  _____  **$529.28**

4b.  Property, homeowner's, or renter's insurance      4b.  _____  **$120.00**

4c.  Home maintenance, repair, and upkeep expenses      (See continuation sheet(s) for details)  4c.  _____  **$170.00**

4d.  Homeowner's association or condominium dues      4d.  _____

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas    **(Electricity)** | 6a.                    $260.00 |
| | 6b.  Water, sewer, garbage collection | 6b.                    $100.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and    **(Cable television & Internet)**  cable services | 6c.                    $230.00 |
| | 6d.  Other. Specify: _____ | 6d. |
| 7. | **Food and housekeeping supplies** | 7.                    $500.00 |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning**    **(See continuation sheet(s) for details)** | 9.                    $40.00 |
| 10. | **Personal care products and services**    **(See continuation sheet(s) for details)** | 10.                    $60.00 |
| 11. | **Medical and dental expenses** | 11.                    $40.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.                    $200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.                    $200.00 |
| 14. | **Charitable contributions and religious donations** | 14.                    $10.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. |
| | 15b.  Health insurance | 15b.                    $153.11 |
| | 15c.  Vehicle insurance | 15c.                    $129.50 |
| | 15d.  Other insurance. Specify: _____ | 15d. |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    **One Main - Corvette** | 17a.                    $356.53 |
| | 17b.  Car payments for Vehicle 2    **2013 Nissan Titan** | 17b.                    $684.16 |
| | 17c.  Other. Specify: _____ | 17c. |
| | 17d.  Other. Specify: _____ | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. |

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                              Case number (if known) _____

**20.**  **Other real property expenses not included in lines 4 or 5 of this form or on**
       **Schedule I: Your Income.**

   20a.  Mortgages on other property                                     20a.  _____

   20b.  Real estate taxes                                               20b.  _____

   20c.  Property, homeowner's, or renter's insurance                    20c.  _____

   20d.  Maintenance, repair, and upkeep expenses                        20d.  _____

   20e.  Homeowner's association or condominium dues                     20e.  _____

**21.**  **Other.**  Specify:  **See continuation sheet**               21.  + _____  **$70.00**

**22.**  **Calculate your monthly expenses.**

   22a.  Add lines 4 through 21.                                         22a.  _____  **$3,852.58**

   22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  _____

   22c.  Add line 22a and 22b.  The result is your monthly expenses.     22c.  _____  **$3,852.58**

**23.**  **Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  _____  **$7,212.64**

   23b.  Copy your monthly expenses from line 22c above.                 23b.  − _____  **$3,852.58**

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                         23c.  _____  **$3,360.06**

**24.**  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
   payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑  No.
   ☐  Yes.  | Explain here:
            | **None.**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

---

**4c.** Maintenance, repair, and upkeep expenses for your residence (details):

| | |
|---|---:|
| **Home maintenance (repairs/upkeeps)** | **$50.00** |
| **Yard care** | **$120.00** |

Total: **$170.00**

---

**9.** Clothing, laundry, and dry cleaning (details):

| | |
|---|---:|
| **Clothing** | **$20.00** |
| **Laundry and Dry Cleaning** | **$20.00** |

Total: **$40.00**

---

**10.** Personal care products and services (details):

| | |
|---|---:|
| **Personal grooming** | **$30.00** |
| **Toiletries, hygiene products** | **$30.00** |

Total: **$60.00**

---

**21.** Other.  Specify:

| | |
|---|---:|
| **Pet food** | **$40.00** |
| **Netflix** | **$15.00** |
| **Amazon Prime** | **$15.00** |

Total: **$70.00**

---

**Fill in this information to identify your case:**

Debtor 1   **Ceasar**           **A.**           **Lopez**
           First Name            Middle Name      Last Name

Debtor 2   **Wendy**            **M.**           **Lopez**
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................... | **$250,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | **$51,335.69** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................... | **$301,335.69** |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$165,024.07** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$37,403.37** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. + | **$82,109.87** |
| | **Your total liabilities** | **$284,537.31** |

## Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................ | **$7,212.64** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................... | **$3,852.58** |

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

7.   **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$26,846.49**

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | Total claim |
|---|---|
| 9a.   Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$30,878.37** |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.   Student loans.  (Copy line 6f.) | **$0.00** |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + **$0.00** |
| 9g.   **Total.**  Add lines 9a through 9f. | **$30,878.37** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Ceasar A. Lopez** _____   X **/s/ Wendy M. Lopez** _____
Ceasar A. Lopez, Debtor 1                  Wendy M. Lopez, Debtor 2

Date **03/18/2022**                        Date **03/18/2022**
MM / DD / YYYY                             MM / DD / YYYY

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | |
|---|---|
| Debtor 1 | **Ceasar A. Lopez** |
| Debtor 2 | **Wendy M. Lopez** |

Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$95,852.30** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, **2021** )<br>                YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$297,948.68** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2020** )<br>                YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$49,554.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |
| **For the last calendar year:**<br>(January 1 to December 31, **2021** )<br>                YYYY | Unemployment Benefits<br>Tax Refund - 2020 (offset) | $12,375.00<br>$0.00 | Unemployment Benefits<br>_____ | $12,375.00<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2020** )<br>                YYYY | Unemployment Benefits<br>Tax Refund - 2019 (offset) | $38,118.00<br>$0.00 | _____<br>_____ | _____<br>_____ |

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**                                                    Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☒ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Select Portfolio Servicing, Inc** | | $2,679.23 | $91,075.03 | ☒ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **PO Box 65250** | | | | ☐ Suppliers or vendors |
| **Salt Lake City**    **UT**    **84165** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Santander Consumer USA** | | $2,575.07 | $11,175.50 | ☐ Mortgage |
| Creditor's name | | | | ☒ Car |
| **Attn: Bankruptcy** | | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **PO Box 961245** | | | | ☐ Suppliers or vendors |
| **Fort Worth**    **TX**    **76161** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **OneMain Financial** | | $1,069.59 | $9,361.93 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | | | | ☐ Credit card |
| Number    Street | | | | ☒ Loan repayment |
| **PO Box 3251** | | | | ☐ Suppliers or vendors |
| **Evansville**    **IN**    **47731** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                        Case number (if known) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

---

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                    Case number (if known) _____

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Guzman Law Firm** <br> Person Who Was Paid | **Attorney fees $575** <br> **Filing fees $313** | | |
| **8225 Gulf Freeway** <br> Number     Street | | 03/16/2022 | $575.00 |
| | | 03/16/2022 | $313.00 |
| **Houston**          **TX**    **77017** <br> City                    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DHDR.com** <br> Person Who Was Paid | **Credit counseling and financial management certificates** | | |
| Number     Street | | 03/16/2022 | $38.00 |
| City                    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**        Case number (if known) _____

| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Credit Infonet** | **Credit Report** | | |
| Person Who Was Paid | | | |
| | | 03/16/2022 | $74.00 |
| Number    Street | | | |
| | | _____ | _____ |
| | | | |
| City            State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                                Case number (if known) _____

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Challenger Storage**<br>Name of Storage Facility | Name | **items in storage:**<br>**cooking equipment $3,085**<br>**serving items, decor, smallware** | ☐ No<br>☑ Yes |
| **1730 FM-528**<br>Number    Street | Number    Street | **$1,500**<br>**square POS system $200**<br>**fixtures $175** |  |
| _____ | _____ | **equipment (grill, small oven)** |  |
| **Webster        TX   77598**<br>City        State  ZIP Code | City        State  ZIP Code | **$500**<br>**pans, pots, decor $300** |  |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                    Case number (if known) _____

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| **CJ's BBQ** | **Describe the nature of the business**<br>**Food service subcontractors** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
|---|---|---|
| Business Name | | |
| **P.O. Box 1303** | | EIN: **2** **0** – **3** **1** **3** **2** **0** **2** **3** |
| Number    Street | **Name of accountant or bookkeeper**<br>**Self** | |
| | | **Dates business existed** |
| **Friendswood       TX    77549** | | From    **4/2005**      To    **Present** |
| City            State   ZIP Code | | |

| **Wendceaz Enterprises** | **Describe the nature of the business**<br>**Restaurant** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
|---|---|---|
| Business Name | | EIN: ___ – ___ ___ ___ ___ ___ ___ ___ |
| | **Name of accountant or bookkeeper** | |
| Number    Street | | **Dates business existed** |
| | | From    **2012**      To    **2014** |
| City            State   ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Ceasar A. Lopez**                             X **/s/ Wendy M. Lopez**

Ceasar A. Lopez, Debtor 1                             Wendy M. Lopez, Debtor 2

Date   **03/18/2022**                                 Date   **03/18/2022**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|------|------------------|
|   | $245 | filing fee |
|   | $78  | administrative fee |
| + | $15  | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11:  Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Ceasar A. Lopez**                                              CASE NO
         **Wendy M. Lopez**
                                                                  CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  3/18/2022                                  Signature   **/s/ Ceasar A. Lopez**
                                                              ***Ceasar A. Lopez***


Date  3/18/2022                                  Signature   **/s/ Wendy M. Lopez**
                                                              ***Wendy M. Lopez***

Debtor(s): **Ceasar A. Lopez**
**Wendy M. Lopez**

Case No:

Chapter: **13**

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Afni, Inc.
Attn: Bankruptcy
PO Box 3427
Bloomington, IL 61702

Dillard?s Card Services/Wells F.
Attn: Bankruptcy
PO Box 10347
Des Moines, IA 50306

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

AmSher Collection Services
4524 Southlake Parkway
Suite 15
Birmingham, AL 35244

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

OneMain Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Friendswood Tax Office
P.O. Box 31
Friendswood, TX  77549

Pro Collect, Inc
Attn: Bankruptcy
12170 N Abrams Road, Ste 100
Dallas, TX 75243

Challenger Storage
1730 FM-528
Webster, TX 77598

Galveston County Tax Office
P. O. Box 1169
Galveston, TX 77553

Santander Consumer USA
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Genesis Bankcard Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165

Citibank/The Home Depot
Citicorp Credit Srvs/Centralize
PO Box 790034
St Louis, MO 63179

Guzman Law Firm
8225 Gulf Freeway
Houston, TX  77017

Southwest Recovery Service
17311 Dallas Parkway
Suite 235
Dallax, TX 75248

Comenity Bank/Palais Royal
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Guzman Law Firm - Est. future a
8225 Gulf Freeway
Houston, TX  77017

Syncb/Rooms To Go
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Internal Revenue Service
P O Box 7346
Philadelphia, PA. 19101-7346

Syncb/walmart
PO Box 60519
City of Industry, CA 91716

Cws/cw Nexus
Attn: Card Services
PO Box 9201
Old Bethpage, NY 11804

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Debtor(s):  **Ceasar A. Lopez**
**Wendy M. Lopez**

Case No:

Chapter:  **13**

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
Synchrony Bank/QVC
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bnakruptcy
PO Box 965060
Orlando, FL 32596


Texas Comptroller of Public Acc
P.O. Box 12548
Austin, Texas 78711-2548



Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA 94025


US Bank/RMS
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201
```

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Wendy** | **M.** | **Lopez** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Calculate Your Average Monthly Income

**1.   What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2–11.

☑ **Married.** Fill out both Columns A and B, lines 2–11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5.   Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $26,846.49 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $26,846.49 | $0.00 | Copy here → | $26,846.49 | $0.00 |

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6.**   **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**7.**   **Interest, dividends, and royalties**           $0.00      $0.00

**8.**   **Unemployment compensation**           $0.00      $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you...................................................................... $0.00

For your spouse........................................................ $0.00

**9.**   **Pension or retirement income.**  Do not include any amount received that      $0.00      $0.00
was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10.**   **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.      + _____   + _____

**11.**   **Calculate your total average monthly income.**
Add lines 2 through 10 for each column.        $26,846.49   +   $0.00   =   **$26,846.49**
Then add the total for Column A to the total for Column B.

                                                                    **Total average monthly income**

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12.**   **Copy your total average monthly income from line 11.** .................................................................... $26,846.49

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez** _____   Case number (if known) _____

**13.  Calculate the marital adjustment.**  Check one:

☐  You are not married.  Fill in 0 below.

☑  You are married and your spouse is filing with you.  Fill in 0 below.

☐  You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____   _____

_____

_____ +  _____

Total....................................................................................   **$0.00**   Copy here  ➔   −  _____ **$0.00**

**14.  Your current monthly income.**  Subtract the total in line 13 from line 12.   **$26,846.49**

**15.  Calculate your current monthly income for the year.**  Follow these steps:

15a.  Copy line 14 here  ➔  ...............................................................................................   **$26,846.49**

Multiply line 15a by 12 (the number of months in a year).   **X   12**

15b.  The result is your current monthly income for the year for this part of the form. ................................   **$322,157.88**

**16.  Calculate the median family income that applies to you.**  Follow these steps:

16a.  Fill in the state in which you live.   **Texas**

16b.  Fill in the number of people in your household.   **2**

16c.  Fill in the median family income for your state and size of household.............................................   **$71,287.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**17.  How do the lines compare?**

17a.  ☐  Line 15b is less than or equal to line 16c.  On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).*  **Go to Part 3.**  Do NOT fill out Calculation of Your Disposable Income.

17b.  ☑  Line 15b is more than line 16c.  On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).*  **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

**18.  Copy your total average monthly income from line 11.**  ...............................................................   **$26,846.49**

**19.  Deduct the marital adjustment if it applies.**  If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a.  If the marital adjustment does not apply, fill in 0 on line 19a.  ....................................   −  **$0.00**

19b.  **Subtract line 19a from line 18.**   **$26,846.49**

Debtor 1   **Ceasar A. Lopez**

Debtor 2   **Wendy M. Lopez**                                              Case number (if known) _____

**20.   Calculate your current monthly income for the year.**   Follow these steps:

20a.   Copy line 19b ............................................................................................................................   **$26,846.49**

Multiply by 12 (the number of months in a year).                                    **X      12**

20b.   The result is your current monthly income for the year for this part of the form.              **$322,157.88**

20c.   Copy the median family income for your state and size of household from line 16c.   ....................................   **$71,287.00**

**21.   How do the lines compare?**

☐   Line 20b is less than line 20c.  Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*.  Go to Part 4.

☑   Line 20b is more than or equal to line 20c.  Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*.  Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Ceasar A. Lopez**                                          X **/s/ Wendy M. Lopez**
   Ceasar A. Lopez, Debtor 1                                     Wendy M. Lopez, Debtor 2

Date   **3/18/2022**                                               Date   **3/18/2022**
      MM / DD / YYYY                                             MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ceasar** | **A.** | **Lopez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Wendy** | **M.** | **Lopez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 122C-2

## Chapter 13 Calculation of Your Disposable Income

04/19

To fill out this form, you will need your completed copy of **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

**5.** **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| **2** |
|---|

| National Standards | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

**6.** **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.  **$1,292.00**

**7.** **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| People who are under 65 years of age | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | | $68.00 |
| 7b. Number of people who are under 65 | X | 2 |
| 7c. **Subtotal.** Multiply line 7a by line 7b. | | $136.00 |  Copy here ➜ $136.00

| People who are 65 years of age or older | | |
|---|---|---|
| 7d. Out-of-pocket health care allowance per person | | $142.00 |
| 7e. Number of people who are 65 or older | X | |
| 7f. **Subtotal.** Multiply line 7d by line 7e. | | $0.00 |  Copy here ➜ + $0.00  Copy here ➜

7g. **Total.** Add lines 7c and 7f ......................................... $136.00  Copy here ➜ $136.00

Debtor 1  **Ceasar A. Lopez**
Debtor 2  **Wendy M. Lopez** _____ Case number (if known) _____

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- ■ Housing and utilities -- Insurance and operating expenses
- ■ Housing and utilities -- Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.  To find the chart, go online using the link specified in the separate instructions for this form.  This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities -- Insurance and operating expenses:**  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    **$587.00**

9. **Housing and utilities -- Mortgage or rent expenses:**

    9a. Using the number of people you entered in line 5, fill in the dollar amount listed    **$1,481.00**
    for your county for mortgage or rent expenses.

    9b. Total average monthly payment for all mortgages and other debts secured by
    your home.

    To calculate the total average monthly payment, add all amounts that are
    contractually due to each secured creditor in the 60 months after you file for
    bankruptcy.  Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Select Portfolio Servicing, Inc** | **$1,694.65** |
| _____ | _____ |
| _____ + | _____ |

9b.  Total average monthly payment    | **$1,694.65** | Copy → here   −  **$1,694.65**    Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

    Subtract line 9b (total average monthly payment) from line 9a (mortgage or    | **$0.00** | Copy → here    **$0.00**
    rent expense).  If this number is less than $0, enter $0.

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect    _____
    and affects the calculation of your monthly expenses, fill in any additional amount you claim.**

    Explain   _____
    why:    _____

11. **Local transportation expenses:**  Check the number of vehicles for which you claim an ownership or operating expense.

    ☐  0. Go to line 14.
    ☐  1. Go to line 12.
    ☑  2 or more.  Go to line 12.

12. **Vehicle operation expense:**  Using the IRS Local Standards and the number of vehicles for which you claim the    **$618.00**
    operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**                                           Case number (if known) _____

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below.  You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**      Describe Vehicle 1:   **2004 Chevrolet Corvette**

13a. Ownership or leasing costs using IRS Local Standard.  ................................................  **$533.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **OneMain Financial** | **$248.04** |
| | |

                                                                    +

                        Total average monthly payment   **$248.04**   Copy here ➜   —   **$248.04**   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
     Subtract line 13b from line 13a.  If this number is less than $0, enter $0. ...................   **$284.96**   Copy net Vehicle 1 expense here ➜   **$284.96**

**Vehicle 2**   Describe Vehicle 2:   **2013 Nissan Titan**

13d. Ownership or leasing costs using IRS Local Standard.  ................................................  **$533.00**

13e. Average monthly payment for all debts secured by Vehicle 2.  Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Santander Consumer USA** | **$258.46** |
| | |

                        Total average monthly payment   **$258.46**   Copy here ➜   —   **$258.46**   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense.
     Subtract line 13e from line 13d.  If this number is less than $0, enter $0. .......................   **$274.54**   Copy net Vehicle 2 expense here ➜   **$274.54**

14. **Public transportation expense:**  If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.   **$0.00**

Debtor 1   **Ceasar A. Lopez**
Debtor 2   **Wendy M. Lopez**                                                   Case number (if known) _____

15.  **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may         **$0.00**
     also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may
     not claim more than the IRS Local Standard for Public Transportation.

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
| --- | --- |

16.  **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-         **$0.00**
     employment taxes, social security taxes, and Medicare taxes.  You may include the monthly amount withheld from
     your pay for these taxes.  However, if you expect to receive a tax refund, you must divide the expected refund by 12
     and subtract that number from the total monthly amount that is withheld to pay for taxes.
     Do not include real estate, sales, or use taxes.

17.  **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions,         **$0.00**
     union dues, and uniform costs.
     Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18.  **Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are         **$0.00**
     filing together, include payments that you make for your spouse's term life insurance.
     Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any
     form of life insurance other than term.

19.  **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative         **$0.00**
     agency, such as spousal or child support payments.
     Do not include payments on past due obligations for spousal or child support.  You will list these obligations in line 35.

20.  **Education:** The total monthly amount that you pay for education that is either required:                                        **$0.00**
     ■  as a condition for your job, or
     ■  for your physically or mentally challenged dependent child if no public education is available for similar services.

21.  **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.         **$0.00**
     Do not include payments for any elementary or secondary school education.

22.  **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that         **$0.00**
     is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a
     health savings account.  Include only the amount that is more than the total entered in line 7.
     Payments for health insurance or health savings accounts should be listed only in line 25.

23.  **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services     +   **$0.00**
     for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell
     phone service, to the extent necessary for your health and welfare or that of your dependents or for the production
     of income, if it is not reimbursed by your employer.
     Do not include payments for basic home telephone, internet and cell phone service.  Do not include self-employment
     expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.

24.  **Add all of the expenses allowed under the IRS expense allowances.**                                                        **$3,192.50**
     Add lines 6 through 23.

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
| --- | --- |

25.  **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health
     insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your
     spouse, or your dependents.

| | | |
| --- | --- | --- |
| Health insurance | | **$153.11** |
| Disability insurance | | **$0.00** |
| Health savings account | + | **$0.00** |
| Total | | **$153.11** |   Copy total here ➔ ..................................................  **$153.11**

     Do you actually spend this total amount?

     ☐  No.  How much do you actually spend?      _____
     ☒  Yes

26.  **Continued contributions to the care of household or family members.** The actual monthly expenses that you         **$0.00**
     will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled
     member of your household or member of your immediate family who is unable to pay for such expenses.  These
     expenses may include contributions to an account of a qualified ABLE program.  26 U.S.C. § 529A(b).

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                          Case number (if known) _____

27. **Protection against family violence.**  The reasonably necessary monthly expenses that you incur to maintain the                    $0.00
safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses                    _____
on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on
line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional
amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.**  The monthly expenses (not more than                    $0.00
$170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or
public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount
claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.**  The monthly amount by which your actual food and clothing expenses are                    _____
higher than the combined food and clothing allowances in the IRS National Standards.  That amount cannot be more
than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate
instructions for this form.  This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.**  The amount that you will continue to contribute in the form of cash or financial      +      $0.00
instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**                                                             $153.11
Add lines 25 though 31.

Debtor 1 **Ceasar A. Lopez**
Debtor 2 **Wendy M. Lopez**                                            Case number (if known) _____

| Deductions for Debt Payment |
|---|

**33.** **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Average monthly payment**

**Mortgages on your home**

33a.  Copy line 9b here............................................➔  **$1,694.65**

**Loans on your first two vehicles**

33b.  Copy line 13b here..........................................➔  **$248.04**

33c.  Copy line 13e here..........................................➔  **$258.46**

33d.  List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **Friendswood Tax Office** | **604 Stoneledge Dr., Friendsw** | ☑ No ☐ Yes | **$317.90** |
| **Galveston County Tax Office** | **604 Stoneledge Dr., Friendsw** | ☑ No ☐ Yes | **$211.37** |
| **Internal Revenue Service** | **604 Stoneledge Dr., Friendsw** | ☑ No ☐ Yes  + | **$888.11** |

33e.  Total average monthly payment.  Add lines 33a through 33d....................  **$3,618.53**   **Copy total here** ➔   **$3,618.53**

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐  No.   Go to line 35.
☑  Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).  Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| _____ | _____ | _____ ÷ 60 = | _____ |
| _____ | _____ | _____ ÷ 60 = | _____ |
| _____ | _____ | _____ ÷ 60 = + | _____ |
| | | Total  **$0.00** | **Copy total here** ➔  **$0.00** |

**35.** **Do you owe any priority claims--such as a priority tax, child support, or alimony--that are past due as of the filing date of your bankruptcy case?**  11 U.S.C. § 507.

☑  No.   Go to line 36.
☐  Yes.  Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims........................................  _____  ÷ 60 =  **$0.00**

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez** _____   Case number (if known) _____

**36.   Projected monthly Chapter 13 plan payment**                                   $2,930.00

Current multiplier for your district as stated on the list issued by the Administrative
Office of the United States Courts (for districts in Alabama and North Carolina) or
by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link      x ___ **7** %
specified in the separate instructions for this form. This list may also be available
at the bankruptcy clerk's office.

Average monthly administrative expense                           $205.10      **Copy total
                                                                              here →**        $205.10

**37.   Add all of the deductions for debt payment.**
Add lines 33g through 36.                                                                          $3,823.63

| Total Deductions from Income |
| --- |

**38.   Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*..................   $3,192.50

Copy line 32, *All of the additional expense deductions*................................................   $153.11

Copy line 37, *All of the deductions for debt payment*................................+   $3,823.63

Total deductions                                                                $7,169.24      **Copy total
                                                                                here →**       $7,169.24

---

| **Part 2:** | **Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)** |
| --- | --- |

**39.   Copy your total current monthly income from line 14 of Form 122C-1, Chapter 13
Statement of Your Current Monthly Income and Calculation of Commitment Period.**  ..................................   $26,846.49

**40.   Fill in any reasonably necessary income you receive for support of dependent children.**
The monthly average of any child support payments, foster care payments, or
disability payments for a dependent child, reported in Part 1 of Form 122C-1, that
you received in accordance with applicable nonbankruptcy law to the extent
reasonably necessary to be expended for such child.

**41.   Fill in all qualified retirement deductions.**  The monthly total of all amounts that
your employer withheld from wages as contributions for qualified retirement
plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans      $0.00
from retirement plans, as specified in 11 U.S.C. § 362(b)(19).

**42.   Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).**
Copy line 38 here.......................................................................→   $7,169.24

**43.   Deduction for special circumstances.**  If special circumstances justify additional
expenses and you have no reasonable alternative, describe the special
circumstances and their expenses. You must give your case trustee a detailed
explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
| --- | --- |
| **CJ's BBQ average expense: Additional food** | $1,928.73 |
| **CJ's BBQ average expense: Car exp.** | $106.16 |
| **CJ's BBQ average expense: Cell phone/internet** + | $176.13 |
| **(See continuation page.)** | |

                                                          Total   $19,891.30   **Copy
                                                                                here →** +   $19,891.30

Debtor 1    **Ceasar A. Lopez**
Debtor 2    **Wendy M. Lopez**                                                     Case number (if known) _____

**44. Total adjustments.**  Add lines 40 through 43.............................................. ➔  | $27,060.54 |    Copy here ➔  — $27,060.54

**45. Calculate your monthly disposable income under § 1325(b)(2).**  Subtract line 44 from line 39.    | ($214.05) |

---

| **Part 3:** | **Change in Income or Expenses** |

**46. Change in income or expenses.**  If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below.  For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |

---

| **Part 4:** | **Sign Below** |

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Ceasar A. Lopez                                          **X** /s/ Wendy M. Lopez
_____                           _____
Ceasar A. Lopez, Debtor 1                                     Wendy M. Lopez, Debtor 2

Date **3/18/2022**                                                 Date **3/18/2022**
_____                                      _____
MM / DD / YYYY                                                      MM / DD / YYYY

Debtor 1    **Ceasar A. Lopez**

Debtor 2    **Wendy M. Lopez**

Case number (if known) _____

## 43. Special Circumstances (continued):

| Describe the special circumstances | Amount of expense |
|---|---|
| **CJ's BBQ average expense: Comm. Insurance** | **$246.76** |
| **CJ's BBQ average expense: Commission** | **$7,760.54** |
| **CJ's BBQ average expense: Equipment Purchases** | **$42.03** |
| **CJ's BBQ average expense: Food/Beverages** | **$5,067.29** |
| **CJ's BBQ average expense: Gas/Uber/Tolls** | **$202.50** |
| **CJ's BBQ average expense: Gross Payroll** | **$1,733.18** |
| **CJ's BBQ average expense: Payroll tax** | **$408.75** |
| **CJ's BBQ average expense: PO Box** | **$16.33** |
| **CJ's BBQ average expense: Sales tax** | **$1,903.79** |
| **CJ's BBQ average expense: shortage/discount** | **$25.04** |
| **CJ's BBQ average expense: State sales tax** | **$25.18** |
| **CJ's BBQ average expense: Storage** | **$131.67** |
| **CJ's BBQ average expense: Unemployment tax** | **$65.76** |
| **CJ's BBQ average expense: Uniform** | **$51.46** |

## Current Monthly Income Calculation Details

In re: **Ceasar A. Lopez**
　　　**Wendy M. Lopez**

Case Number:
Chapter:　　　**13**

**5.　　Net income from operating a business, profession or farm.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **CJ's BBQ** | | | | | | |
| Gross receipts | $2,327.00 | $51,077.86 | $41,363.53 | $32,798.24 | $19,381.80 | $14,130.49 | **$26,846.49** |
| Ordinary/necessary business expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Business income | $2,327.00 | $51,077.86 | $41,363.53 | $32,798.24 | $19,381.80 | $14,130.49 | **$26,846.49** |