United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-30685 |
| CEASAR A. LOPEZ § | |
| and § | |
| WENDY M. LOPEZ, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

## ORDER ABATING RULING ON FIXED FEE AGREEMENT TO PLAN CONFIRMATION

This matter is before the Court on the Bankruptcy Rule 2016(b) Disclosure and Application for Approval of Fixed Fee Agreement ("Fixed Fee Agreement") filed by counsel for the debtor (ECF No. 5). The Fixed Fee Agreement seeks approval of a non-standard attorney fee. For the following reasons, a ruling on the fixed fee agreement is abated until plan confirmation.

The Fixed Fee Agreement states, in part, the following: "Eloise A. Guzman files this FED. R. BANKR. P. 2016(b) Disclosure and Application for Approval of Fixed Fee Agreement. I, as counsel for Debtor(s) in this case, represent that this is a case in which . . (b) the Debtor(s) is the owner of a business in which (i) the gross receipts have averaged more than $10,000.00 per month in the 6 months preceding the filing of the case."

The Court will abate a ruling on this fixed fee agreement pending plan confirmation. The Court will allow the Chapter 13 Trustee to review this case and determine whether the attorney is entitled to the non-standard case fixed fee. The Trustee may recommend confirmation of the Chapter 13 plan and the proposed non-standard fixed fee. Confirmation of the Chapter 13 plan, which includes the non-standard fixed fee, shall constitute *nunc pro tunc* approval of the Bankruptcy Rule 2016(B) Disclosure and Application for Approval of Fixed Fee Agreement.

**SO ORDERED.**

SIGNED 03/21/2022

_____
Jeffrey Norman
United States Bankruptcy Judge